JOSEPH BLUMENTHAL, Respondent, *v.* JULIA A. RILEY, Administratrix, etc., Appellant.

(Argued February 2, 1885 ; decided February 10, 1885.)

*A. H. Dailey* for appellant.

*A. R. Dyett* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MARY F. STOUGHTON, Respondent, *v.* SAMUEL A. LEWIS, Impleaded, etc., Appellant.

(Argued February 3, 1885 ; decided February 10, 1885.)

*Augustus Haviland* for appellant.

*Franklin Bien* for respondent.

Agree to grant motion to dismiss appeal.
All concur.
Appeal dismissed.

---

TEUNIS P. OSTERHOUDT, as Tax Payer, etc., Respondent, *v.* CORNELIUS BRACKETT et al., Appellants.

THE SAME, Respondent, *v.* PATRICK BUTLER et al., Appellants.

THE SAME, Respondent, *v.* DENNIS MURPHY et al., Appellants.

THE SAME, Respondent, *v.* OWEN TRODDEN et al., Appellants.

THE SAME, Respondent, *v.* THOMAS HYLAND et al., Appellants.

THESE cases presented the same questions, and were argued and decided with *Osterhoudt* v. *Rigney* (*ante,* p. 222.)